# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | STEVEN W & EDITH R MITCHELL | | |
| **Case Number:** | 2:08-bk-07313-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 27, 2009 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY LITTON LOAN SERVICING

**R / M #:**   29 / 0

## Appearances:

NATHAN J BRELSFORD, ATTORNEY FOR STEVEN W MITCHELL, EDITH R MITCHELL
LEONARD J. MCDONALD, ATTORNEY FOR LITTON LOAN SERVICING

## Proceedings:

Mr. McDonald states that he debtors are in default for April forward. Mr. Brelsford goes over the various payments and the different amounts listed by the movant. He asked the court to order the movant to notify his office if the payment amount changes. He further states that this is a confirmed plan.

COURT: IT IS ORDERED THAT MR. MCDONALD WILL PROVIDE INFORMATION ON THE DEFAULT BY SEPTEMBER 10, 2009, AND THE DEBTOR WILL HAVE SIX MONTHS TO CURE THE DEFAULT. IT IS FURTHER ORDERED THAT IF THE MOVANT CHANGES THE PAYMENT AMOUNT, THEN COUNSEL AND THE DEBTOR SHALL BE NOTIFIED. PARTIES ARE DIRECTED TO SUBMIT THEIR STIPULATION TO THE COURT.